No. 889. STEPHEN H. P. PELL ET AL. *v.* W. GORDON McCABE, JR., ET AL. March 17, 1919. Petition for a

writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Lindley M. Garrison, Mr. Emanuel J. Myers* and *Mr. Gordon S. P. Kleeberg* for petitioners. *Mr. William St. John Tozer* for respondents.